No. 906.   CATHOLIC ORDER OF FORESTERS, INC., v. NORTH DAKOTA.   Jurisdictional statement distributed April 24, 1937. Decided May 3, 1937. *Per Curiam:* The appeal

herein is dismissed for the want of jurisdiction. Section 237(a) Judicial Code, as amended by the Act of February 13, 1925 (43 Stat. 936, 937). Treating the papers whereon the appeal was allowed as a petition for a writ of certiorari, as required by § 237 (c), Judicial Code, as amended (43 Stat. 936, 938), certiorari is denied. *Mr. Howard G. Fuller* for appellant. *Messrs. P. O. Sathre* and *Francis Murphy* for appellee.